USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMOUTH INTERNATIONAL, INC.,

                Plaintiff,

      v.

MICHAEL FALLAS,

                Defendant.

No. 19-CV-3669 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      No later than September 30, 2020, the parties shall file a joint letter on the status of the Delaware Bankruptcy Cases, *Miller v. Armouth International, Inc.*, Adv. Pro. No. 19-50362 and *Miller v. Fallas, et al.*, Adv. Pro. No. 20-50775-JTD. The letter shall inform the Court whether the Trustee has moved the Delaware Bankruptcy Court in *Miller v. Armouth International, Inc.*, Adv. Pro. No. 19-50362 for further relief with respect to the December 17, 2019 preliminary injunction enjoining Armouth from prosecuting this action for 120 days, and if so, whether the Delaware Bankruptcy Court has ruled on any such motion. Each party shall state its view as to how the latest developments in the Delaware Bankruptcy Cases, if any, effect whether the stay should remain in place in this action.

SO ORDERED.

Dated:    September 23, 2020
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge