```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/04/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMOUTH INTERNATIONAL, INC.,

                Plaintiff,

      v.

MICHAEL FALLAS,

                Defendant.

No. 19-CV-3669 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On December 6, 2021, the parties were ordered to file a letter advising the Court as to the status of settlement negotiations one week after the parties' settlement conference before Judge Freeman. That settlement conference was held on March 4, 2022. By April 11, 2022, the parties shall submit a status update to the Court.

SO ORDERED.

Dated:    April 4, 2022
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge