UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARMOUTH INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL FALLAS, <br><br> Defendant. | No. 19-CV-3669 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

Pending before the Court is Defendant's motion for summary judgment. For reasons that will follow, the motion is denied. No later than April 7, 2023, the parties shall advise the Court as to their availability during the week of April 17, 2023 to discuss next steps in this action.

The Clerk of Court is respectfully requested to terminate the gavel pending at docket entry 87.

SO ORDERED.

Dated:    March 31, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge