UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMOUTH INTERNATIONAL, INC.,

                Plaintiff,

      v.

MICHAEL FALLAS,

                Defendant.

No. 19-CV-3669 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court will hold a conference with the parties in this matter on April 25, 2023 at 3:00 p.m. The parties shall use the following dial-in information to call in to the conference: (888) 363-4749; Access Code: 1015508.

SO ORDERED.

Dated:      April 7, 2023
               New York, New York

_____
Ronnie Abrams
United States District Judge