UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMOUTH INTERNATIONAL, INC.,

                Plaintiff,

        v.

MICHAEL FALLAS,

                Defendant.

No. 19-CV-3669 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Due to a scheduling conflict, the telephonic conference in this action previously set for April 25, 2023, at 3:00 p.m is hereby rescheduled to April 25, 2023 at 11:00 a.m. Call-In Number: (888) 363-4749; Access Code: 1015508#. Should this present a conflict for either party, they may make an application to the Court by letter for further adjournment.

SO ORDERED.

Dated:     April 17, 2023
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge