UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMOUTH INTERNATIONAL, INC.,

                Plaintiff,

        v.

MICHAEL FALLAS,

                Defendant.

No. 19-CV-3669 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The parties shall be prepared to try this case on August 7, 2023. In accordance with the Court's individual rules, they shall submit a joint pretrial order, motions in limine, proposed findings of fact and conclusions of law, and pretrial memoranda of law by July 14, 2023; any oppositions shall be filed by July 21, 2023. A final pretrial conference is scheduled for August 3, 2023 at 4:00 p.m. The parties shall notify the Court promptly to the extent they seek referral to the Court-annexed mediation program or to Magistrate Judge Figueredo for settlement discussions.

SO ORDERED.

Dated:     May 1, 2023
             New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge