UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Armouth International, Inc.,

         Plaintiff(s),

   -against-

Michael Faillas.,
        Defendant(s),
-----------------------------------------------------X

19 Civ. 3669 (CM) (VF)

CALENDAR NOTICE

Please take notice that the above captioned matter has been **scheduled** for a:

| | | |
|---|---|---|
| X Pre-trial conference | ___Status conference | __ Oral argument |
| ___Settlement conference | ___Plea Hearing | (Bankruptcy Appeal) |
| ___Rule (16) conference | ___ Final pre-trial conference | __ Fairness Hearing |
| ___Telephone conference | ___Jury Selection and Trial | __ OTSC Hearing |
| ___ Non-Jury Trial | ___Inquest | |

**on Wednesday, July 12, 2023 at 11:00 A.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 24A, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and filed on ECF.

Dated: July 6, 2023
      New York, New York

So Ordered

*Colleen McMahon*
Colleen McMahon, U.S.D.J