

**GT** GreenbergTraurig

Robert J. Kirshenberg
Tel 212.801.2186
kirshenbergr@gtlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/10/23

July 6, 2023

07/10/23
Ok. Pre-trial conference
rescheduled for July 18, 2023
at 11:00 AM.

/s/ Colleen McMahon

**VIA CM/ECF**

The Honorable Colleen McMahon
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, NY 10007-1312

Re: *Armouth International, Inc. v. Michael Fallas*, Case No. 1:19-cv-03669

Dear Judge McMahon:

We represent defendant Michael Fallas in this action. We write respectfully regarding the Calendar Notice issued by the Court on this date, which set a pre-trial conference for July 12, 2023 at 11:00 A.M. (ECF No. 122).

Counsel for Mr. Fallas are unavailable next week. However, counsel are available to attend a pre-trial conference the following week between July 17 and 20, 2023, at the Court's convenience. Thereafter and alternatively, Mr. Elrod and Mr. Kirshenberg are available at the Court's convenience.

We appreciate the Court's time and consideration.

Respectfully submitted,

/s/ *Robert J. Kirshenberg*

Robert J. Kirshenberg

cc:   (via CM/ECF)
      Peter N. Wang, Esq.
      Benjamin I. Bassoff, Esq.
      Foley & Lardner
      *Counsel for Armouth International, Inc.*

Greenberg Traurig, LLP | Attorneys at Law
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

www.gtlaw.com