UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

Armouth International Inc.,

    Plaintiff,

-against-                                        19 civ. 3669 (CM)

Michael Fallas,

    Defendant.

----------------------------------------x

## QUESTIONS FOR COUNSEL

McMahon, J.:

    Counsel, since I am a newcomer to this case, I wonder if you could provide me with some information.

    Specifically, what deadline did Judge Abrams set for the submission of expert reports? Was there a separate deadline for the submission of rebuttal expert reports? On what dates were your various expert reports exchanged with your opponent? And when were the experts deposed?

    I hope to get out a decision on your *in limine* motions this week, so the sooner I get this information the sooner you will have that decision.

Dated: September 25, 2023

                                                             _____
                                                                         U.S.D.J.

BY ECF TO ALL COUNSEL